# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    KRISTIN P MARTZ

               Debtor(s)

                                      CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
             Movant                      CASE NO: 1-17-05023-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 21, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)   A Petition under Chapter 13 was filed on December 5, 2017.

2)   The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
    - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
    - **CHAPTER 13 PLAN**

3)   If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                                         Respectfully submitted,
                                                         s/ <u>Charles J. DeHart, III</u>
                                                        Standing Chapter 13 Trustee
                                                        8125 Adams Drive, Suite A
                                                        Hummelstown, PA 17036
                                                         (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   KRISTIN P MARTZ                         CHAPTER 13

                                                 CASE NO: 1-17-05023-RNO

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on December 5, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
  AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

A hearing with the Court has been scheduled for:

    Date:       January 10, 2018
    Time:       10:00 AM
    Location:   Ronald Reagan Federal Bldg
                Bankruptcy Courtroom, 3rd Floor
                228 Walnut Street
                Harrisburg, PA 17101

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **January 4, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                    Respectfully submitted,
                                    s/ Charles J. DeHart, III
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036

Dated:  December 21, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   KRISTIN P MARTZ

  Debtor(s)

CHAPTER 13

CASE NO: 1-17-05023-RNO

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on December 21, 2017.

PRO SE
,

KRISTIN P MARTZ
415 2ND STREET
NEW CUMBERLAND, PA  17070

  Respectfully submitted,
  s/  Vickie Williams
  for Charles J. DeHart, III, Trustee
  8125 Adams Drive, Suite A
  Hummelstown, PA  17036

Dated:  December 21, 2017

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KRISTIN P MARTZ | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 1-17-05023-RNO |
| vs. | |
| KRISTIN P MARTZ | MOTION TO DISMISS |
| Respondent(s) | |

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.